PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Perez                                Cr.: 98-257-01

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway

Date of Original Sentence: August 18, 2005

Original Offense: Bank Robbery

Original Sentence: Custody-time served, three years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: August 18, 2005

Assistant U.S. Attorney: Marc Agnifilo            Defense Attorney: Donald J McCauley, AFPD

### PETITIONING THE COURT

[ ] To issue a warrant to be used as a detainer.
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On December 2, 2005, the Newark Police Department arrested and charged Perez with: Possession/Use CDS; Manufacture/Distribute CDS; Possession of CDS on School Property. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date:

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: January 20, 2006 at 11:30am
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-4-06
Date